```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
ROY KIRBY,

            Plaintiff,

v.                                   CASE NO. 8:07-CV-1505-T-17TGW

JK LOCKWOOD CONSTRUCTION
COMPANY, INC.,

            Defendant.
_____/
```

ORDER

    This cause is before the Court on:

    Dkt. 16 Motion for Attorney's Fees and Costs
    Dkt. 20 Response
    Dkt. 21 Motion for Attorney's Fees and Costs
    Dkt. 22 Notice
    Dkt. 23 Response
    Dkt. 29 Report and Recommendation

    This case is a case brought under the Fair Labor Standards Act, in which a consent judgment was entered awarding Plaintiff damages.

    After a hearing, the assigned Magistrate Judge entered a Report and Recommendation in which it is recommended that Plaintiff's Motion for Attorney's Fees and Costs be granted, awarding $2,460.00 in attorney's fees and $440.00 in costs.  It is further recommended that Defendant's Motion for Attorney's Fees and Costs be denied.

    The Court has independently examined the pleadings.  No objections to the Report and Recommendation have been filed.  The

Case No. 8:07-CV-1505-T-17TGW

Court adopts the Report and Recommendation, and incorporates it herein by reference.  Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted and incorporated** by reference.  Plaintiff's Motion for Attorney's Fees and Costs is **granted**, awarding $2,460.00 in attorney's fees and $440.00 in costs.  Defendant's Motion for Attorney's Fees is **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 16th day of September, 2008.

*[signature]*
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record